Florence M. Myers, Administratrix, etc., of Philip V. Myers, Deceased, Respondent, v. James A. Gray, Jr., and Others, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Michael S. N. Pierre, Appellant, v. Edward V. Farley, as Receiver, etc., Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Pittsburgh Plate Glass Company, Appellant, v. Philip Roth and Others, etc., Respondents.— Judgment of the Municipal Court affirmed, with costs, as to the defendants Schaedlich and Lafreniere, and judgment reversed and new trial ordered as to the defendant Roth, costs to abide the event, upon the ground that as to said defendant there is no evidence of any special agreement that his individual notes were to be taken in payment of the debt. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

Sophie Puttre, Appellant, v. The Nassau Electric Railroad Company, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the case presented a question for the jury. Thomas, Carr, Woodward and Rich, JJ., concurred; Jenks, P. J., dissented.

George Puttre, Appellant, v. The Nassau Electric Railroad Company, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the case presented a question for the jury. Thomas, Carr, Woodward and Rich, JJ., concurred; Jenks, P. J., dissented.

The People of the State of New York, Respondent, v. Thomas Dunford, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

The People of the State of New York, Respondent, v. R. F. Stevens Company, Appellant. (Action No. 1.) — Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.